IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LORETTA ALEXANDER                                                                                   PLAINTIFF

V.                            CASE NO. 4:20-CV-541-BD

PINE BLUFF SCHOOL DISTRICT                                                       DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, with prejudice.

DATED this 28th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE